# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PETERS, TERRY R | § Case No. 09-70629 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 25, 2009. The undersigned trustee was appointed on May 04, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $    15,741.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 1,000.00 |
   | Leaving a balance on hand of[1] | $    14,741.55 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/21/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,224.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,224.16, for a total compensation of $2,224.16. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $535.34, for total expenses of $535.34.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2010         By:/s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2009

**Case Number:** 09-70629　　　　　　　　　　　Page: 1　　　　　　　　　**Date:** March 22, 2010
**Debtor Name:** PETERS, TERRY R　　　　　　　　　　　　　　　　　　**Time:** 09:24:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $2,224.16 | $0.00 | 2,224.16 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $535.34 | $0.00 | 535.34 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,921.25 | $0.00 | 1,921.25 |
| 1<br>100 | Citizens Finance<br>6457 N. Second St<br>Loves Park, IL 61111 | Secured | Allowed but no distribution to be made. | $0.00 | $0.00 | 0.00 |
| 6<br>100 | Ingried Kubitz<br>2393 Westcourse Dr<br>Deerfield, IL 60015 | Secured | Disallowed per Court Order of 2/17/10 | $0.00 | $0.00 | 0.00 |
| 2<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $299.64 | $0.00 | 299.64 |
| 3<br>610 | Attorney Terry Hoss<br>P.O. Box 449<br>Cherry Valley, IL 61016 | Unsecured | | $988.00 | $0.00 | 988.00 |
| 4<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $588.38 | $0.00 | 588.38 |
| 5<br>610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 5-2<br>610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $6,953.87 | $0.00 | 6,953.87 |
| 7<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,900.94 | $0.00 | 1,900.94 |
| 8<br>610 | ACCT RCV SVC<br>5183 HARLEM RD STE<br>LOVES PARK, IL 61111 | Unsecured | | $236.00 | $0.00 | 236.00 |
| 9<br>610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TARGET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $213.51 | $0.00 | 213.51 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 21, 2009

Case Number: 09-70629  
Debtor Name: PETERS, TERRY R

Page: 2

Date: March 22, 2010  
Time: 09:24:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 10 610 | Rockford Mercantile<br>2502 S. Alpine Rd<br>Rockford, IL 61108 | Unsecured | | $3,343.20 | $0.00 | 3,343.20 |
| 11 610 | ECMC<br>P. O. Box 75906<br>St. Paul, MN 55175 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 19,204.29 | 0.00 | 19,204.29 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70629
Case Name: PETERS, TERRY R
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 2,224.16 | $ 535.34 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,921.25 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,523.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | $ 299.64 | $ 207.58 |
| 3 | Attorney Terry Hoss | $ 988.00 | $ 684.41 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 588.38 | $ 407.58 |
| 5-2 | CHASE BANK USA, NA | $ 6,953.87 | $ 4,817.11 |
| 7 | American Express Centurion Bank | $ 1,900.94 | $ 1,316.83 |
| 8 | ACCT RCV SVC | $ 236.00 | $ 163.48 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 213.51 | $ 147.90 |
| 10 | Rockford Mercantile | $ 3,343.20 | $ 2,315.91 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-70629 MB | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | PETERS, TERRY R | Filed (f) or Converted (c): | 02/25/09 (f) |
| | | §341(a) Meeting Date: | 04/07/09 |
| Period Ending: | 04/05/10 | Claims Bar Date: | 07/21/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3730 Corbridge, Rockford IL 61107, Sheriff's Dee<br>Note: #16 through #29 are duplicative. | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Debtors' cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Associated Bank - checking | 29.00 | 0.00 | DA | 0.00 | FA |
| 4 | Debtors' household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | knick knacks | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding bands and rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Debtors' clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Digital camera | 75.00 | 0.00 | DA | 0.00 | FA |
| 9 | Film camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Hanover Group - $30,000 whole life policy (lapse | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Herbalife distributor franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Yukon | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999 Isuzu | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1998 Mustang | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | THG shares of stock  (u) | 11,800.00 | 9,000.00 | | 15,740.37 | FA |
| 16 | Debtors' cash | 20.00 | 0.00 | DA | 0.00 | FA |

Printed: 04/05/2010 08:21 AM    V.11.54

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-70629 MB  
Case Name: PETERS, TERRY R  
Period Ending: 04/05/10  

Trustee: (330400)    JOSEPH D. OLSEN  
Filed (f) or Converted (c): 02/25/09 (f)  
§341(a) Meeting Date: 04/07/09  
Claims Bar Date: 07/21/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Associated Bank - checking | 29.00 | 0.00 | DA | 0.00 | FA |
| 18 | Debtors' household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | knick knacks | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Wedding bands and rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 21 | Debtors' clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Digital camera | 75.00 | 0.00 | DA | 0.00 | FA |
| 23 | Film camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 24 | Hanover Group - $30,000 whole life policy (lapse | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Herbalife distributor franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | 365 shares of THG Hanover Insurance Gp | 11,800.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2005 Yukon | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1999 Isuzu | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1998 Mustang | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.18 | Unknown |
| 30 | Assets    Totals (Excluding unknown values) | $397,748.00 | $9,000.00 | | $15,741.55 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 04/05/2010 08:21 AM    V.11.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 09-70629 MB | Trustee: (330400) | JOSEPH D. OLSEN |
|---|---|---|---|
| Case Name: | PETERS, TERRY R | Filed (f) or Converted (c): | 02/25/09 (f) |
| | | §341(a) Meeting Date: | 04/07/09 |
| Period Ending: | 04/05/10 | Claims Bar Date: | 07/21/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  June 30, 2010            Current Projected Date Of Final Report (TFR):  March 22, 2010  (Actual)

Printed: 04/05/2010 08:21 AM    V.11.54

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 09-70629 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | PETERS, TERRY R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****85-65 - Money Market Account |
| Taxpayer ID #: | 54-6878836 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/05/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/09 | {15} | Computershare, Inc. | Sale of shares (Hanover) | 1229-000 | 15,740.37 | | 15,740.37 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 15,740.41 |
| 01/06/10 | | To Account #********8566 | Transfer funds re: Debtor's exemption for stock | 9999-000 | | 1,000.00 | 14,740.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,740.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,741.55 |
| | | | **ACCOUNT TOTALS** | | 15,741.55 | 1,000.00 | **$14,741.55** |
| | | | Less: Bank Transfers | | 0.00 | 1,000.00 | |
| | | | **Subtotal** | | 15,741.55 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,741.55** | **$0.00** | |

{} Asset reference(s)    Printed: 04/05/2010 08:25 AM    V.11.54

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-70629 MB | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | PETERS, TERRY R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****85-66 - Checking Account |
| Taxpayer ID #: | 54-6878836 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/05/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/06/10 | | From Account #********8565 | Transfer funds re: Debtor's exemption for stock | 9999-000 | 1,000.00 | | 1,000.00 |
| 01/07/10 | 101 | Terry R. Peters | Debtor's exemption re: sale of shares of Hanover | 8100-002 | | 1,000.00 | 0.00 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 1,000.00 | 1,000.00 | $0.00 |
| Less: Bank Transfers | 1,000.00 | 0.00 | |
| Subtotal | 0.00 | 1,000.00 | |
| Less: Payments to Debtors | | 1,000.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

| Net Receipts : | 15,741.55 |
| --- | --- |
| Less Payments to Debtor : | 1,000.00 |
| Net Estate : | $14,741.55 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****85-65 | 15,741.55 | 0.00 | 14,741.55 |
| Checking # ***-*****85-66 | 0.00 | 0.00 | 0.00 |
| | $15,741.55 | $0.00 | $14,741.55 |

{} Asset reference(s)

Printed: 04/05/2010 08:25 AM    V.11.54