UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: PETERS, TERRY R | § Case No. 09-70629 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/10/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/22/2010          By:  /s/JOSEPH D. OLSEN
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PETERS, TERRY R | § | Case No. 09-70629 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,741.55 |
| and approved disbursements of | $ 1,000.00 |
| leaving a balance on hand of [1] | $ 14,741.55 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 2,224.16 | $ 535.34 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,921.25 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*
                                        N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,523.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | $ 299.64 | $ 207.58 |
| 3 | Attorney Terry Hoss | $ 988.00 | $ 684.41 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 588.38 | $ 407.58 |
| 5-2 | CHASE BANK USA, NA | $ 6,953.87 | $ 4,817.11 |
| 7 | American Express Centurion Bank | $ 1,900.94 | $ 1,316.83 |
| 8 | ACCT RCV SVC | $ 236.00 | $ 163.48 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 213.51 | $ 147.90 |
| 10 | Rockford Mercantile | $ 3,343.20 | $ 2,315.91 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By: /s/JOSEPH D. OLSEN
                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 2                   Date Rcvd: Apr 06, 2010
Case: 09-70629                 Form ID: pdf006              Total Noticed: 50


The following entities were noticed by first class mail on Apr 08, 2010.
db           +Terry R Peters,    3730 Corbridge Ct,    Rockford, IL 61107-3570
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Donald P Sullivan,    Law Office of Donald P. Sullivan,    126 N. Church Street,
               Rockford, IL 61101-1002
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13567515     +ACCT RCV SVC,    5183 HARLEM RD STE,   LOVES PARK, IL 61111-3448
13567516     +AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
13567514     +Account Recov ery Services,    P.O. Box 2526,    Loves Park, IL 61132-2526
14024648      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13567517     +Attorney Michael Fine,    131 S Dearborn, Floor #5,    Chicago, IL 60603-5571
13567518     +Attorney Terry Hoss,    P.O. Box 449,    Cherry Valley, IL 61016-0449
13567519     +CAP ONE,    POB 30281,    SALT LAKE CITY, UT 84130-0281
13567521      CHASE,    CREDIT BUREAU DEPA,    FORT WORTH, TX 76101
13870924     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14350211      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
13567523     +CITI-SHELL,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13567525     +CITIFINANCIAL,    P.O. Box 6931,    The Lakes, NV 88901-6931
13567526     +CITIFINANCIAL,    1967 Huntley Rd,    Dundee, IL 60118-9301
13567520     +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13567522     +Chase,    200 White Clay Center Dr,    Newark, DE 19711-5466
13567524     +Citifinancial,    P.O. Box 499,    Hanover, MD 21076-0499
13567527     +Citizens Finance,    6457 N. Second St,    Loves Park, IL 61111-4109
13567528     +City of Rockford,    P.O. Box 1170,    Milwaukee, WI 53201-1170
14185788     +ECMC,    P. O. Box 75906,    St. Paul, MN 55175-0906
13567531     +FST USA BK B,    PO BOX 8650,    WILMINGTON, DE 19899-8650
13567532     +Gladys Overman Peckham,    620 - 57th Avenue W #B-28,    Bradenton, FL 34207-4145
13567537     +HSBC Bank USA National Assoc,    c/o Codilis & Associates,    15W030 N Frontage Rd #100,
               Willowbrook, IL 60527-6921
13567533     +Helen A Gray,    2020 Cayuga Ln,    Mount Prospect, IL 60056-1722
13567534     +Hillcrest Animal Hospital,    227 N Alpine Rd,    Rockford, IL 61107-4989
13567535     +Home Depot,    c/o United Collection,    5620 Southwyck Blvd #206,    Toledo, OH 43614-1501
13567536     +Home Depot Credit Services,    Dept 32-2016529137,    P.O. Box 6029,    The Lakes, NV 88901-6029
13567538     +Ingried Kubitz,    2393 Westcourse Dr,    Deerfield, IL 60015-1767
13567539     +Ingried Kubitz,    1025 Hinman Ave,    Evanston, IL 60202-1318
13567541     +Nuvell Credit,    P.O. Box 2150,    Greeley, CO 80632-2150
13567543     +OSF St Anthony Medical Center,    P.O. Box 5065,    Rockford, IL 61125-0065
13567542     +Orthopedic Arthritis Clinic,    c/o PBO Inc.,    1235 N. Mulford Rd,    Rockford, IL 61107-3879
13834955     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13567544     +Perryville Surgical Associates,    535 Roxbury Rd,    Rockford, IL 61107-5076
13567545     +Richard Peters,    228 Bluff Ct,    Barrington, IL 60010-7313
13567546     +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
13567547     +Rockford Orthopedic Appliance,    422 E State St,    Rockford, IL 61104-1079
13567548     +Rockford Radiology Associates,    P.O. Box 5368,    Rockford, IL 61125-0368
13567549     +SEARS/CBSD,    701 EAST 60TH ST N,    SIOUX FALLS, SD 57104-0432
13567550     +Shell,    c/o Capital Management Services,    726 Exchange St #700,    Buffalo, NY 14210-1464
13567551     +TARGET N.B.,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
13567552     +THD/CBSD,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13567553     +Todd Alexander MD,    1235 N Mulford Rd #210,    Rockford, IL 61107-3879
The following entities were noticed by electronic transmission on Apr 06, 2010.
14081771      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2010 01:22:01
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK  73124-8838
13567529     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM                            CREDITORS PROTECTION S,
               202 W STATE ST STE 300,    ROCKFORD, IL 61101-1163
13567530     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               Creditors Protection Service,    P.O. Box 4115,    Rockford, IL 61110-0615
13567540     +E-mail/Text: bankrup@nicor.com                            NICOR GAS,    1844 FERRY ROAD,
               NAPERVILLE, IL 60563-9600
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: jshores           Page 2 of 2              Date Rcvd: Apr 06, 2010
Case: 09-70629                Form ID: pdf006         Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2010**                    **Signature:**    *Joseph Speetjens*