# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PETERS, TERRY R | § | Case No. 09-70629 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $385,948.00 | Assets Exempt: $49.00 |
| Total Distribution to Claimants: $10,062.53 | Claims Discharged Without Payment: $4,461.01 |
| Total Expenses of Administration: $4,680.75 | |

3) Total gross receipts of $ 15,743.28 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $14,743.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $48,654.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,680.75 | 4,680.75 | 4,680.75 |
|    PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,477.41 | 14,523.54 | 10,062.53 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,812.18 | $19,204.29 | $14,743.28 |

4) This case was originally filed under Chapter 7 on February 25, 2009.
. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>06/28/2010</u>          By: <u>/s/JOSEPH D. OLSEN</u>
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| THG shares of stock | 1229-000 | 15,740.37 |
| Interest Income | 1270-000 | 2.91 |
| **TOTAL GROSS RECEIPTS** | | $15,743.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Terry R. Peters | Debtor's exemption re: sale of shares of Hanover | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citizens Finance | 4110-000 | N/A | 3,654.02 | 0.00 | 0.00 |
| Ingried Kubitz | 4110-000 | N/A | 45,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $48,654.02 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,224.16 | 2,224.16 | 2,224.16 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 535.34 | 535.34 | 535.34 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,921.25 | 1,921.25 | 1,921.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,680.75 | 4,680.75 | 4,680.75 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 299.64 | 299.64 | 207.61 |
| Attorney Terry Hoss | 7100-000 | N/A | 988.00 | 988.00 | 684.53 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 588.38 | 588.38 | 407.65 |
| CHASE BANK USA, NA | 7100-000 | N/A | 6,953.87 | 0.00 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | N/A | 6,953.87 | 6,953.87 | 4,817.94 |
| American Express Centurion Bank | 7100-000 | N/A | 1,900.94 | 1,900.94 | 1,317.05 |
| ACCT RCV SVC | 7100-000 | N/A | 236.00 | 236.00 | 163.51 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 213.51 | 213.51 | 147.93 |
| Rockford Mercantile | 7100-000 | N/A | 3,343.20 | 3,343.20 | 2,316.31 |
| ECMC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 21,477.41 | 14,523.54 | 10,062.53 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 09-70629 | Trustee: (330400) JOSEPH D. OLSEN |
| Case Name: PETERS, TERRY R | Filed (f) or Converted (c): 02/25/09 (f) |
| | §341(a) Meeting Date: 04/07/09 |
| Period Ending: 06/28/10 | Claims Bar Date: 07/21/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3730 Corbridge, Rockford IL 61107, Sheriff's Dee Note: #16 through #29 are duplicative. | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Debtors' cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Associated Bank - checking | 29.00 | 0.00 | DA | 0.00 | FA |
| 4 | Debtors' household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | knick knacks | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding bands and rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Debtors' clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Digital camera | 75.00 | 0.00 | DA | 0.00 | FA |
| 9 | Film camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Hanover Group - $30,000 whole life policy (lapse | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Herbalife distributor franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Yukon | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999 Isuzu | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1998 Mustang | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | THG shares of stock  (u) | 11,800.00 | 9,000.00 | | 15,740.37 | FA |
| 16 | Debtors' cash | 20.00 | 0.00 | | 0.00 | FA |
| 17 | Associated Bank - checking | 29.00 | 0.00 | DA | 0.00 | FA |
| 18 | Debtors' household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | knick knacks | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Wedding bands and rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 21 | Debtors' clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Digital camera | 75.00 | 0.00 | DA | 0.00 | FA |
| 23 | Film camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 24 | Hanover Group - $30,000 whole life policy (lapse | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Herbalife distributor franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | 365 shares of THG Hanover Insurance Gp | 11,800.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number:  09-70629
Case Name:    PETERS, TERRY R

Trustee:      (330400)    JOSEPH D. OLSEN
Filed (f) or Converted (c):  02/25/09 (f)
§341(a) Meeting Date:    04/07/09
Claims Bar Date:    07/21/09

Period Ending: 06/28/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | 2005 Yukon | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1999 Isuzu | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1998 Mustang | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.91 | FA |
| 30 | Assets   Totals (Excluding unknown values) | $397,748.00 | $9,000.00 | | $15,743.28 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     June 30, 2010

Current Projected Date Of Final Report (TFR):     March 22, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-70629 |
| Case Name: | PETERS, TERRY R |
| | |
| Taxpayer ID #: | **-***8836 |
| Period Ending: | 06/28/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****85-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/09 | {15} | Computershare, Inc. | Sale of shares (Hanover) | 1229-000 | 15,740.37 | | 15,740.37 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 15,740.41 |
| 01/06/10 | | To Account #*******8566 | Transfer funds re: Debtor's exemption for stock | 9999-000 | | 1,000.00 | 14,740.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,740.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,741.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 14,742.21 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 14,742.59 |
| 04/20/10 | | Wire out to BNYM account 9200******8565 | Wire out to BNYM account 9200******8565 | 9999-000 | -14,742.59 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **1,000.00** | **1,000.00** | **$0.00** |
| Less: Bank Transfers | -14,742.59 | 1,000.00 |
| **Subtotal** | **15,742.59** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$15,742.59** | **$0.00** |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-70629 |
| **Case Name:** | PETERS, TERRY R |
| | |
| **Taxpayer ID #:** | **-***8836 |
| **Period Ending:** | 06/28/10 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****85-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/10 | | From Account #*******8565 | Transfer funds re: Debtor's exemption for stock | 9999-000 | 1,000.00 | | 1,000.00 |
| 01/07/10 | 101 | Terry R. Peters | Debtor's exemption re: sale of shares of Hanover | 8100-002 | | 1,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,000.00** | **1,000.00** | **$0.00** |
| Less: Bank Transfers | 1,000.00 | 0.00 | |
| **Subtotal** | **0.00** | **1,000.00** | |
| Less: Payments to Debtors | | 1,000.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-70629 |
| Case Name: | PETERS, TERRY R |
| | |
| Taxpayer ID #: | **-***8836 |
| Period Ending: | 06/28/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******85-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******8565 | Wire in from JPMorgan Chase Bank, N.A. account *******8565 | 9999-000 | 14,742.59 | | 14,742.59 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 14,742.90 |
| 05/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.38 | | 14,743.28 |
| 05/13/10 | | To Account #9200******8566 | Preparation of Amd. Dist. Rpt | 9999-000 | | 14,743.28 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **14,743.28** | **14,743.28** | **$0.00** |
| Less: Bank Transfers | 14,742.59 | 14,743.28 | |
| **Subtotal** | **0.69** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.69** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70629 | |
| **Case Name:** | PETERS, TERRY R | |
| | | |
| **Taxpayer ID #:** | **-***8836 | |
| **Period Ending:** | 06/28/10 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******85-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/10 | | From Account #9200******8565 | Preparation of Amd. Dist. Rpt | 9999-000 | 14,743.28 | | 14,743.28 |
| 05/17/10 | 10102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,224.16, Trustee Compensation;  Reference: | 2100-000 | | 2,224.16 | 12,519.12 |
| 05/17/10 | 10103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $535.34, Trustee Expenses;  Reference: | 2200-000 | | 535.34 | 11,983.78 |
| 05/17/10 | 10104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,921.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,921.25 | 10,062.53 |
| 05/17/10 | 10105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 69.28% on $299.64; Claim# 2; Filed: $299.64; Reference: | 7100-000 | | 207.61 | 9,854.92 |
| 05/17/10 | 10106 | Attorney Terry Hoss | Dividend paid 69.28% on $988.00; Claim# 3; Filed: $988.00; Reference: | 7100-000 | | 684.53 | 9,170.39 |
| 05/17/10 | 10107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 69.28% on $588.38; Claim# 4; Filed: $588.38; Reference: | 7100-000 | | 407.65 | 8,762.74 |
| 05/17/10 | 10108 | CHASE BANK USA, NA | Dividend paid 69.28% on $6,953.87; Claim# 5 -2; Filed: $6,953.87; Reference: | 7100-000 | | 4,817.94 | 3,944.80 |
| 05/17/10 | 10109 | American Express Centurion Bank | Dividend paid 69.28% on $1,900.94; Claim# 7; Filed: $1,900.94; Reference: | 7100-000 | | 1,317.05 | 2,627.75 |
| 05/17/10 | 10110 | ACCT RCV SVC | Dividend paid 69.28% on $236.00; Claim# 8; Filed: $236.00; Reference: | 7100-000 | | 163.51 | 2,464.24 |
| 05/17/10 | 10111 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 69.28% on $213.51; Claim# 9; Filed: $213.51; Reference: | 7100-000 | | 147.93 | 2,316.31 |
| 05/17/10 | 10112 | Rockford Mercantile | Dividend paid 69.28% on $3,343.20; Claim# 10; Filed: $3,343.20; Reference: | 7100-000 | | 2,316.31 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,743.28 | 14,743.28 | **$0.00** |
| Less: Bank Transfers | 14,743.28 | 0.00 | |
| **Subtotal** | **0.00** | **14,743.28** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,743.28** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-70629 |
| Case Name: | PETERS, TERRY R |
| | |
| Taxpayer ID #: | **-***8836 |
| Period Ending: | 06/28/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******85-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 15,743.28 | |
| Less Payments to Debtor : | 1,000.00 | |
| Net Estate : | $14,743.28 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****85-65 | 15,742.59 | 0.00 | 0.00 |
| Checking # ***-*****85-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******85-65 | 0.69 | 0.00 | 0.00 |
| Checking # 9200-******85-66 | 0.00 | 14,743.28 | 0.00 |
| | $15,743.28 | $14,743.28 | $0.00 |